**Amanda M. Walkup, OSB 934508**
awalkup@hershnerhunter.com
**Alexandra P. Hilsher, OSB 114218**
ahilsher@hershnerhunter.com
Hershner Hunter, LLP
180 East 11th Avenue
P.O. Box 1475
Eugene, OR 97440
Telephone: (541) 686-8511
Facsimile: (541) 344-2025

Of Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DISTRICT

| | |
|---|---|
| **CHIXAPKAID DONALD MICHAEL PAVEL**; | Case No. 6:16-CV-00819-AA |
| Plaintiff, | |
| v. | **DEFENDANTS BLANDY, DAUGHERTY, BENTZ, KAMPHAUS, BAXTER, UNDERRINER, YOUNKER AND KLOPOTEK'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| **UNIVERSITY OF OREGON; DOUG BLANDY; PENELOPE DAUGHERTY; ANNIE BENTZ; RANDY KAMPHAUS; JULIET A. BAXTER; JANNE UNDERRINER; JASON YOUNKER;** and **BRIAN KLOPOTEK**; | |
| Defendants. | *Request for Oral Argument* |

LR 7-1 CERTIFICATION

Counsel for Defendants certifies that in accordance with Local Rule 7-1(a), the parties made a good faith effort through telephone conferences to resolve the dispute and have been unable to do so.

Page 1 – INDIVIDUAL DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

01336217.DOCX

## MOTION

Pursuant to Fed. R. Civ. P. 56, Defendants Doug Blandy, Penelope Daugherty, Annie Bentz, Randy Kamphaus, Juliet A. Baxter, Janne Underriner, Jason Younker, and Brian Klopotek (collectively the "Individual Defendants") move for orders of partial summary judgment as follows:

1. In Individual Defendants' favor and dismissing Plaintiff's First Claim for Relief;
2. In Individual Defendants' favor and dismissing Plaintiff's Second Claim for Relief;
3. An award of reasonable attorney fees pursuant to 42 U.S.C. §1988; and
4. Such lesser orders of summary judgment in Individual Defendants' favor as the Court deems appropriate.

## SUPPORTING MATERIALS

This Motion is supported by the Memorandum of Law in Support of Motion for Partial Summary Judgment by Individual Defendants, Declaration of Doug Blandy, Penelope Daugherty, Declaration of William D. Brady II, and the exhibits attached thereto.

DATED: December 27, 2016.

HERSHNER HUNTER, LLP

By  /s/ Amanda M. Walkup
**Amanda M. Walkup, OSB 934508**
awalkup@hershnerhunter.com
**Alexandra P. Hilsher, OSB 114218**
ahilsher@hershnerhunter.com
Telephone: (541) 686-8511
Facsimile: (541) 344-2025
**Of Attorneys for Defendants**