**Amanda M. Walkup, OSB 934508**
awalkup@hershnerhunter.com
**Alexandra P. Hilsher, OSB 114218**
ahilsher@hershnerhunter.com
Hershner Hunter, LLP
180 East 11th Avenue
P.O. Box 1475
Eugene, OR 97440
Telephone: (541) 686-8511
Facsimile: (541) 344-2025

**Of Attorneys for Defendants**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DISTRICT

| | |
|---|---|
| **CHIXAPKAID DONALD MICHAEL PAVEL**;<br><br>    Plaintiff,<br><br>    v.<br><br>**UNIVERSITY OF OREGON; DOUG BLANDY; PENELOPE DAUGHERTY; ANNIE BENTZ; RANDY KAMPHAUS; JULIET A. BAXTER; JANNE UNDERRINER; JASON YOUNKER;** and **BRIAN KLOPOTEK**;<br><br>    Defendants. | Case No. 6:16-CV-00819-AA<br><br>**DEFENDANTS' MOTION FOR ENTRY OF STIPULATED PROTECTTIVE ORDER** |

**LR 7-1 CERTIFICATION**

Counsel for Defendants certifies that she has conferred with counsel for Plaintiff, and Plaintiff has stipulated to this motion.

Page 1 – DEFENDANTS' MOTION FOR ENTRY OF STIPULATED PROTECTTIVE ORDER

{01392590.DOCX}

## MOTION

Defendants move the Court for entry of the accompanying stipulated protective order maintaining the confidentiality of certain student and faculty records.

This action involves the termination of a University faculty member. The parties expect to exchange documents and information relating to confidential student and University faculty information.  In order to protect these non-party individuals from annoyance, embarrassment, oppression or an undue burden, entry of the accompanying Stipulated Protective Order ("Protective Order") is warranted.

This motion is based upon Fed.R.Civ.P. 26(c), LR 26-4, and the declaration of Amanda M. Walkup.  This motion is made in good faith and not for the purpose of delay.

DATED: February 7, 2017.

HERSHNER HUNTER, LLP


By  /s/ Amanda M. Walkup
**Amanda M. Walkup, OSB 934508**
awalkup@hershnerhunter.com
**Alexandra P. Hilsher, OSB 114218**
ahilsher@hershnerhunter.com
Telephone: (541) 686-8511
Facsimile: (541) 344-2025
**Of Attorneys for Defendants**