Marianne Dugan (OSB # 932563)
Internet e-mail address mdugan@mdugan.com
259 E. 5th Ave., Suite 200-D
Eugene, OR 97401
(541) 338-7072
Fax no. 866-650-5213
    Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHIXAPKAID DONALD MICHAEL PAVEL,<br><br>  Plaintiff,<br><br>v.<br><br>UNIVERSITY OF OREGON *et al*.,<br><br>  Defendants. | No. 6:16-CV-00819-AA<br><br>STIPULATION FOR DISMISSAL OF DEFENDANTS ANNIE BENTZ, JILL BAXTER, BRIAN KLOPOTEK, JASON YOUNKER, AND JANNE UNDERRINER |

Pursuant to Fed. R. Civ. Proc. 41(a)(1), the parties to this action hereby stipulate that the claims against defendants Annie Bentz, Jill Baxter, Brian Klopotek, Jason Younker, and Janne Underriner are dismissed with prejudice.

Pursuant to L.R. 11-1(d), the parties state that counsel for all parties consent and stipulate to this dismissal, and have consented and stipulated to their electronic signatures being placed on this document.

Signed June 21, 2017.

  /s/   Marianne Dugan                         /s/  Amanda Walkup
Marianne Dugan, Attorney for Plaintiff    Amanda Walkup, Attorney for Defendants
OSB # 932563                              OSB # 934508