**Amanda M. Walkup, OSB 934508**
awalkup@hershnerhunter.com
**Alexandra P. Hilsher, OSB 114218**
ahilsher@hershnerhunter.com
Hershner Hunter, LLP
180 East 11th Avenue
P.O. Box 1475
Eugene, OR 97440
Telephone: (541) 686-8511
Facsimile: (541) 344-2025

Of Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DISTRICT

| | |
|---|---|
| CHIXAPKAID DONALD MICHAEL PAVEL; | Case No. 6:16-CV-00819-AA |
| Plaintiff, | **DEFENDANTS' UNOPPOSED MOTION TO EXTEND PRETRIAL DEADLINES** |
| v. | |
| UNIVERSITY OF OREGON; DOUG BLANDY; PENELOPE DAUGHERTY; ANNIE BENTZ; RANDY KAMPHAUS; JULIET A. BAXTER; JANNE UNDERRINER; JASON YOUNKER; and BRIAN KLOPOTEK; | |
| Defendants. | |

## CERTIFICATE OF CONFERRAL

Counsel for Defendants certifies, in accordance with LR 7-1(a), she has conferred with Plaintiff's counsel, and Plaintiff does not oppose this motion.

/////

Page 1 – DEFENDANTS' UNOPPOSED MOTION TO EXTEND PRETRIAL DEADLINES

{01462049.DOCX}

## MOTION

Pursuant to Local Rule 16-3, Defendants move the Court for an order extending the current pretrial deadlines an additional seven days. The requested extension of deadlines is as follows:

| EVENT | CURRENT DEADLINE | REQUESTED NEW DEADLINE |
|---|---|---|
| File all dispositive motions | July 3, 2017 | **July 13, 2017** |
| File joint alternate dispute resolution report | January 31, 2017 | **July 13, 2017** |

Defendants intend to file a dispositive motion and need additional time to prepare their motion. Oral argument has not been scheduled, and no party will be prejudiced by the granting of this motion.

This request for additional time is made in good faith and not for the purpose of delay.

DATED: June 30, 2017.

        HERSHNER HUNTER, LLP

        By */s/ Amanda M. Walkup*
          **Amanda M. Walkup, OSB 934508**
          awalkup@hershnerhunter.com
          **Alexandra P. Hilsher, OSB 114218**
          ahilsher@hershnerhunter.com
          Telephone: (541) 686-8511
          Facsimile: (541) 344-2025
          **Of Attorneys for Defendants**