**Amanda M. Walkup, OSB 934508**
awalkup@hershnerhunter.com
**Alexandra P. Hilsher, OSB 114218**
ahilsher@hershnerhunter.com
Hershner Hunter, LLP
180 East 11th Avenue
P.O. Box 1475
Eugene, OR 97440
Telephone: (541) 686-8511
Facsimile: (541) 344-2025

Of Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DISTRICT

| | |
|---|---|
| **CHIXAPKAID DONALD MICHAEL PAVEL;** <br><br> Plaintiff, <br><br> v. <br><br> **UNIVERSITY OF OREGON; DOUG BLANDY; PENELOPE DAUGHERTY; ANNIE BENTZ; RANDY KAMPHAUS; JULIET A. BAXTER; JANNE UNDERRINER; JASON YOUNKER;** and **BRIAN KLOPOTEK;** <br><br> Defendants. | Case No. 6:16-CV-00819-AA <br><br> **DEFENDANTS' UNOPPOSED AMENDED MOTION TO EXTEND PRETRIAL DEADLINES** |

## CERTIFICATE OF CONFERRAL

Counsel for Defendants certifies, in accordance with LR 7-1(a), she has conferred with Plaintiff's counsel, and Plaintiff does not oppose this motion.

/////

# MOTION

Pursuant to Local Rule 16-3, Defendants move the Court for an order extending the current pretrial deadlines an additional seven days. The requested extension of deadlines is as follows:

| EVENT | CURRENT DEADLINE | REQUESTED NEW DEADLINE |
|---|---|---|
| File all dispositive motions | July 3, 2017 | **July 10, 2017** |
| File joint alternate dispute resolution report | July 3, 2017 | **July 10, 2017** |

Defendants intend to file a dispositive motion and need additional time to prepare their motion. Oral argument has not been scheduled, and no party will be prejudiced by the granting of this motion.

This request for additional time is made in good faith and not for the purpose of delay.

DATED: June 30, 2017.

        HERSHNER HUNTER, LLP

        By  */s/ Amanda M. Walkup*
           **Amanda M. Walkup, OSB 934508**
           awalkup@hershnerhunter.com
           **Alexandra P. Hilsher, OSB 114218**
           ahilsher@hershnerhunter.com
           Telephone: (541) 686-8511
           Facsimile: (541) 344-2025
           **Of Attorneys for Defendants**