**Amanda M. Walkup, OSB 934508**
awalkup@hershnerhunter.com
**Alexandra P. Hilsher, OSB 114218**
ahilsher@hershnerhunter.com
Hershner Hunter, LLP
180 East 11th Avenue
P.O. Box 1475
Eugene, OR 97440
Telephone: (541) 686-8511
Facsimile: (541) 344-2025

**Of Attorneys for Defendants**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DISTRICT

| | |
|---|---|
| **CHIXAPKAID DONALD MICHAEL PAVEL**; | Case No. 6:16-CV-00819-AA |
| Plaintiff, | **Defendants University of Oregon, Doug Blandy, Penelope Daugherty and Randy Kamphaus's** |
| v. | **BILL OF COSTS** |
| **UNIVERSITY OF OREGON; DOUG BLANDY; PENELOPE DAUGHERTY; ANNIE BENTZ; RANDY KAMPHAUS; JULIET A. BAXTER; JANNE UNDERRINER; JASON YOUNKER;** and **BRIAN KLOPOTEK**; | |
| Defendants. | |

Judgment and the Ninth Circuit Court of Appeals' Mandate having been entered and docketed in the above entitled action on July 17, 2019, in favor of Defendants University of Oregon, Doug Blandy, Penelope Daugherty and Randy Kamphaus and against Plaintiff Chixapkaid Donald Michael Pavel, the Clerk is requested to tax the following as costs:

Page 1 – DEFENDANTS' BILL OF COSTS

{01834534.DOCX}

| | |
|---|---|
| Fees of the Clerk | $0.00 |
| Fees for service of summons and subpoena (See Exhibit 1, attached) | $65.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case (See Exhibit 1, attached) | $2,244.68 |
| Fees and disbursements for printing (See Exhibit 1, attached) | $77.85 |
| Fees for witnesses | $0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | $0.00 |
| Docket fees under 28 U.S.C. 1923 | $0.00 |
| Costs as shown on Mandate of Court of Appeals | $156.60 |
| Compensation for court-appointment experts | $0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | $0.00 |
| TOTAL | $2,544.13 |

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following matter: Electronic service.

DATED: July 18, 2019.

HERSHNER HUNTER, LLP

By  */s/ Amanda M. Walkup*
**Amanda M. Walkup, OSB 934508**
awalkup@hershnerhunter.com
**Alexandra P. Hilsher, OSB 114218**
ahilsher@hershnerhunter.com
Telephone: (541) 686-8511
Facsimile: (541) 344-2025
**Of Attorneys for Defendants**

Page 2 – DEFENDANTS' BILL OF COSTS

{01834534.DOCX}

**Taxation of Costs**

Costs are taxed in the amount of $ _____ and included in the judgment.

Date: _____, 2019.

                                                                  _____
                                                                  Clerk of Court

                                                                  By:_____
                                                                      Deputy Clerk

Page 3 – DEFENDANTS' BILL OF COSTS

{01834534.DOCX}

# EXHIBIT 1

**Cost Report**
University of Oregon / Pavel

| Description | Qty. | Amount | Vendor |
|---|---|---|---|
| Photocopy Costs - Deposition Exhibits (Pavel Depo #1) | 111 | $16.65 | |
| Deposition Transcript and Reporter Fee (Pavel Depo #1) | | $1,270.32 | CC Reporting & Videoconferencing |
| Photocopy Costs - Deposition Exhibits (Pavel Depo #2 and #3) | 408 | $61.20 | |
| Deposition Transcript and Reporter Fee (Pavel Depo #2 and #3) | | $531.03 | CC Reporting & Videoconferencing |
| Deposition Transcripts (Blandy, Bonner, Daugherty Depos) | | $443.33 | CC Reporting & Videoconferencing |
| Subpoena Service Fee | | $65.00 | |
| | | **$2,387.53** | |